UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4953**

March 7, 2003

David E. Carey, Esq.
Brown, Brown & Brown, PA
200 South Main Street
Bel Air, MD 21014

William C. Parler, Jr., Esq.
Parler & Wobber, LLP
406 East Joppa Road
Towson, MD 21286

    Re:  Jerome H. Johns, et al. v. Mutual Benefit Insurance Company, Civil
         No. JFM-03-77

Dear Counsel:

    Due to an administrative error, I am rescinding my letter dated February 26, 2003, adopting Judge Motz's Scheduling Order. The above case has been assigned to Judge Bredar for all further proceedings.

                                  Sincerely yours,

                                  /s/

                                Susan K. Gauvey
                                United States Magistrate Judge

cc:  Court file