# Parler & Wobber

*A Limited Liability Partnership*
*Attorneys at Law*

The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286

William C. Parler, Jr.*
Kathleen M. Wobber*

Paul G. Randazzo
Dawn M. Kirkwood *
Bryan T. Pennington
Timothy Manuelides
Thomas F. Burns

Telephone (410) 832-1800
Facsimile (410) 832-2536
e-mail: Lawyers@ParlerWobber.com

*Also licensed in the District of Columbia

March 11, 2002

Jerome Johns
Constance Johns
3145-A Old Scarboro Road
Street, Maryland 21154-1935

        Re:    Insured:    Jerome & Constance Johns
                 Claim No:   MO207886
                 Policy No:   HO00275536
                 DOL:        10/23/01

Dear Mr. and Mrs. Johns:

      The Mutual Benefit Insurance Company has completed its investigation into the fire of October 23rd, 2001 and your claim with Mutual Benefit.

      Mutual Benefit regrets to advise you that it must deny your claim for benefits under your homeowner's policy for the fire of October 23rd, 2001. This denial is based on Mutual Benefit's detailed review of records that you have presented in support of your claims related to this matter. Mutual Benefit has also carefully analyzed the Examination Under Oath testimony provided by Jerome Johns, Constance Johns, Tiffany Johns, and Jarrod Johns. Based on its investigation, review of documentation, and analysis of your testimony, Mutual Benefit has determined that pursuant to the terms of the policy, your entire policy must be considered void for misrepresentations, false statements, and fraudulent conduct you have engaged in with regard to presentation of this claim. Of particular concern to Mutual Benefit is your 1997 bankruptcy filing. As part of that filing, you listed the total value of household items as having a value of $31,250. This listing was submitted to the Federal Bankruptcy Court under oath and was attested by Jerome Johns to be an accurate description of the personal property items in your household at the time

Jerome Johns
Constance Johns
March 11, 2002
Page 2

of the bankruptcy filing. However, a review of your Personal Property Inventory contains items acquired on or before 1997 which far exceed the value stated in your bankruptcy filing. Further, Mutual Benefit is concerned about discrepancies in testimony provided about the fire itself, and the claimed value of items on the inventory in relation to testimony provided as to the actual purchase price for those items.

Your Mutual Benefit Homeowner's policy states, in pertinent part:

**CONCEALMENT OR FRAUD**

The entire policy will be void if, whether before or after a loss, an "insured" has:

- a. Intentionally concealed or misrepresented any material fact or circumstance;

- b. Engaged in fraudulent conduct; or

- c. Made false statement;

relating to this insurance

See page 17 of your homeowner's policy, Section II under the heading entitled Sections I, II - Conditions.

Thus, based on the terms of your Homeowner's policy with Mutual Benefit, Mutual Benefit regrets to advise you that it must deny your claim for benefits arising from the fire of October 23rd, 2001.

Sincerely,

/s/
WILLIAM C. PARLER, JR.

WCPJR:hyb