WCP:hyb
03/12/3
37.053-05

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JEROME H. JOHNS, et ux.** | * | |
| **Plaintiffs** | * | **CASE NO.: JFM 03 CV 077** |
| v. | * | |
| **MUTUAL BENEFIT INSURANCE COMPANY** | * | |
| | * | |
| **Defendant** | | |

\* \* \* \* \*

## LINE

Dear Clerk:

Please find attached an Affidavit of Mike Snare. Please attach this Affidavit as "Exhibit 3" to Defendant Mutual Benefit Insurance Company's, Memorandum of Grounds and Authorities in Response to Fairbanks Capital Corporation's Motion to Intervene, which was filed with the Court on March 10th, 2003.

/s/
WILLIAM CARLOS PARLER, JR.
Bar No.: 05087
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
(410)832-1800
Attorney for Defendant

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, MD 21286