IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEROME H. JOHNS, et ux.     *

  **Plaintiffs**     *   **CASE NO.: JFM 03 CV 077**

v.           *

MUTUAL BENEFIT INSURANCE *
COMPANY

           *

  **Defendant**

      *  *  *  ±  *

## AFFIDAVIT

I, Mike Snare, being first duly sworn and being competent to testify and having

personal knowledge of the facts set forth herein, state as follows:

  1.  I am over eighteen years of age and am competent to be a witness.

  2.  I am a claim supervisor for the Mutual Benefit Insurance Company.

  3.  In reviewing the coverage provided under the homeowner's policy issued

to Jerome H. and Constance R. Johns, the mortgagees covered under the policy are

Champion Mortgage Company, Inc. and Equicredit Corporation of America.

  4.  The Fairbanks Capital Corporation was not an insured under Mutual Benefit

Homeowner's policy issued to Jerome H. and Constance R. Johns at the time of the fire

on October 23rd, 2001.

  I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND
UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING
PAPER ARE TRUE.

               _____

March 10th, 2003         MIKE SNARE
               CPCU, AIC, Claim Supervisor