WCP:hyb
04/02/3
36.001-99

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEROME H. JOHNS, et ux.** | * | |
| **Plaintiffs** | * | **CASE NO.: JFM 03 CV 077** |
| **v.** | * | |
| **MUTUAL BENEFIT INSURANCE COMPANY** | * | |
| | * | |
| **Defendant** | | |

\* \* \* \* \*

### NOTICE OF SERVICE

I HEREBY serve notice that on the 2nd day of April 2003, a copy of Defendant Mutual Benefit's Response to Plaintiffs' Response to Request for Admissions of Fact and Genuineness of Document was mailed, postage prepaid, to all counsel of record.

I will retain the originals of these documents until the completion of this case and/or until the final resolution of any appeal.

/s/
WILLIAM CARLOS PARLER, JR.
Bar No.: 05087
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
(410) 832-1800
Attorney for Defendant

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, MD 21286