IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| JEROME H. JOHNS, et al. | * | |
| Plaintiffs | * | Case No.: 03-CV-00077 JFM |
| v. | * | |
| MUTUAL BENEFIT INSURANCE COMPANY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit 3, which is an attachment to Amended Complaint, exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

\_\_\_\_4/21/03_____         _____/s/_____
Date                         MICHAEL T. PATE, Bar ID #13846
                             Covahey, Boozer, Devan & Dore, P.A.
                             606 Baltimore Ave., Suite #302
                             Towson, MD  21204
                             410-828-5525, Ext. 813
                             Attorneys for Defendant Fairbanks Capital
                               Corporation on behalf of Goldman Sachs
                               Mortgage Company

kcr030428