IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| JEROME H. JOHNS, et al. | * | |
| Plaintiffs | * | Case No.: 03-CV-00077 JFM |
| v. | * | |
| MUTUAL BENEFIT INSURANCE COMPANY | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provision of Title 28 U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

____4/21/03_____   _____/s/_____
Date   Michael T. Pate, Bar ID #13846
   Covahey, Boozer, Devan & Dore, P.A.
   606 Baltimore Avenue, Suite 302
   Towson, MD  21204
   410-828-5525, Ext. 813
   Attorneys for Defendant Fairbanks Capital
     Corporation on behalf of Goldman Sachs
     Mortgage Company

kcr030427