CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May, 2003, that a copy of the aforegoing was e-filed and/or mailed, postage prepaid, to:

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
606 Baltimore Avenue
Suite 302
Towson, MD 21204
Attorneys for Plaintiffs

/s/
WILLIAM C. PARLER, JR.