IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| JEROME H. JOHNS, et ux. | * |
| Plaintiffs | * |
| v. | * |
| | Case No.: 03-CV-77 |
| MUTUAL BENEFIT INSURANCE COMPANY | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**RESPONSE TO MOTION TO DISMISS AND/OR
MOTION TO STRIKE AMENDED COMPLAINT**

Fairbanks Capital Corporation ("Fairbanks"), on behalf of Goldman-Sachs Mortgage Company ("Goldman-Sachs"), Plaintiff, by its attorneys, Michael T. Pate, and Covahey, Boozer, Devan & Dore, P.A., hereby files this Response to Defendant's Motion to Dismiss and/or Motion to Strike the Amended Complaint, and states as follows:

1. The allegations in Paragraph 1 are admitted to the extent that Fairbanks is acting as a servicing agent for Goldman-Sachs in these proceedings. The balance of the allegations are denied.

2. The allegations in Paragraph 2 are denied.

3. The allegations in Paragraph 3 do not call for a response.

4. Fairbanks on behalf of Goldman-Sachs, incorporates the attached Memorandum of Grounds and Authorities in support of this Response to Motion to Dismiss and/or Motion to Strike the Amended Complaint.

_____/s/_____
MICHAEL T. PATE
Covahey, Boozer, Devan & Dore, P.A.
606 Baltimore Avenue, Suite 302
Towson, MD  21204
410-828-5525, Ext. 813
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 16th day of May 2003, a copy of the foregoing *Response to Motion to Dismiss and/or Motion to Strike the Amended Complaint* was e-filed and/or mailed first class to:

William C. Parler, Jr., Esq.
Parler and Wobber, LLP
406 E. Joppa Road
Towson, MD  21286
Attorneys for Defendant

and

David E. Carey, Esq.
Brown, Brown & Brown, P.A.
200 S. Main Street
Bel Air, MD  21014
Attorney for Plaintiff Johns

_____/s/_____
MICHAEL T. PATE

kcr030523