IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| JEROME H. JOHNS, et ux. | * |
| Plaintiffs | * |
| v. | * |
| | Case No.: 03-CV-77 |
| MUTUAL BENEFIT INSURANCE COMPANY | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED AFFIDAVIT

STATE OF UTAH, COUNTY OF _Salt Lake_, to wit:

I HEREBY CERTIFY, that on this ___12th___ day of May 2003, before me a Notary Public in and for the State and County aforesaid, personally appeared R. LEE HORNE, and made oath under penalty of perjury that the contents of this Affidavit are true to the best of her knowledge, information, and belief:

1. That she is a representative of Fairbanks Capital Corporation ("Fairbanks") in the above-captioned action, is over eighteen (18) years of age, and is competent to be a witness;

2. That she has personal knowledge of the facts set forth in the Johns' Complaint and the Amended Complaint filed by Fairbanks on behalf of Goldman Sachs Mortgage Company ("Goldman Sachs");



3. That she has been employed at Fairbanks since July 24, 2000. That she is employed as the Manager in the Default Support Division.

4. That Fairbanks is primarily engaged in the business of servicing home mortgage loans.

5. That on October 11, 2000, Plaintiff Jerome H. Johns and Constance R. Johns ("Johns") executed a Promissory Note ("Note") in the amount of One Hundred Thirty-one Thousand, Two Hundred Fifty Dollars ($131,250.00) in favor of NationsCredit Financial Services Corporation, dba EquiCredit ("EquiCredit");

6. On or about January 1, 2002, Fairbanks did acquire the servicing rights to the Note;

7. On or about January 1, 2002, Goldman Sachs did acquire the Note and benefial interest under a related deed of trust;

8. That, since acquiring the servicing rights to the Note, Fairbanks has serviced the Note through the date of this filing, pursuant to the Servicing Agreement dated as of January 10, 2002 between Goldman Sachs as owner and Fairbanks as servicer (the "Agreement").

9. That, pursuant to the Agreement, Fairbanks contracted and is obligated to collect monies due by the terms of the Note;

10. That the Agreement authorizes Fairbanks to file the instant claim captioned as the Amended Complaint under the instant case number;

11. That Goldman Sachs has specifically authorized the filing of the Amended Complaint on their behalf.

12. That, as of the date of this Amended Affidavit, the Note has an outstanding balance of $_151,483.26__;

13. That Paragraphs 6 and 7 of my Affidavit in this case dated February 21, 2003 were incorrect.

_____
R. LEE HORNE

**Subscribed to before me, a Notary Public in and for the jurisdiction aforesaid, on the date and year first above written.**

_____
Notary Public



NOTARY PUBLIC
MINDY C. HUDSON
3815 South West Temple
Salt Lake City, Utah 84115
Commission Expires
September 4, 2005
STATE OF UTAH

My commission expires: 9/4/2005

kcr030522

3