WCP:hyb
05/21/3
36.001-99

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEROME H. JOHNS, et ux.** | * | |
| Plaintiffs | * | CASE NO.: JFM 03 CV 077 |
| v. | * | |
| **MUTUAL BENEFIT INSURANCE COMPANY** | * | |
| | * | |
| **Defendant** | | |

\* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY serve notice that on the 21st day of May 2003, a copy of Defendant Mutual Benefit's Response to Plaintiffs' Response to Request for Admissions of Fact and Genuineness of Documents filed by the Fairbanks Capital Corporation on Behalf of Goldman Sachs Mortgage Company was mailed, postage prepaid, to all counsel of record.

I will retain the originals of these documents until the completion of this case and/or until the final resolution of any appeal.

/s/  
WILLIAM CARLOS PARLER, JR.  
Bar No.: 05087  
**PARLER & WOBBER, L.L.P.**  
The Hemenway Building  
406 E. Joppa Road  
Towson, Maryland 21286  
(410) 832-1800  
Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2003, that a copy of the aforegoing was mailed, postage prepaid, to:

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
Ste. 302
606 Baltimore Avenue
Towson, Maryland 21204
Counsel for Plaintiff

/s/
WILLIAM CARLOS PARLER, JR.

WCP:hyb
05/21/3
36.001-99

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEROME H. JOHNS, et ux.** | * | |
| **Plaintiffs** | * | **CASE NO.: JFM 03 CV 077** |
| v. | * | |
| **MUTUAL BENEFIT INSURANCE COMPANY** | * | |
| | * | |
| **Defendant** | | |

\*   \*   \*   \*   \*

## NOTICE OF SERVICE

I HEREBY serve notice that on the 21st day of May 2003, a copy of Defendant Mutual Benefit's Response to Plaintiffs' Response to Request for Admissions of Fact and Genuineness of Documents filed by the Fairbanks Capital Corporation on Behalf of Goldman Sachs Mortgage Company was mailed, postage prepaid, to all counsel of record.

I will retain the originals of these documents until the completion of this case and/or until the final resolution of any appeal.

/s/
WILLIAM CARLOS PARLER, JR.
Bar No.: 05087
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
(410) 832-1800
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2003, that a copy of the aforegoing was mailed, postage prepaid, to:

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
Ste. 302
606 Baltimore Avenue
Towson, Maryland 21204
Counsel for Plaintiff

/s/
WILLIAM CARLOS PARLER, JR.