IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

JEROME H. JOHNS, et ux.        *
   Plaintiffs                              *

                                      *   Case No.: 03-CV-77
                                      *

v.                                           *

MUTUAL BENEFIT INSURANCE COMPANY
   Defendant                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### F.R.C.P. 15(a) CONSENT

Jerome and Constance Johns, by their attorneys pursuant to F.R.C.P. 15(a) consent to the filing of an adverse cross claim by Fairbanks Capital Corporation ON BEHALF OF Goldman Sachs Mortgage Company.

5-12-13
DATE

_[signature]_
David E. Carey
Brown, Brown, and Brown, P.A.
200 S. Main Street
Bel Air, MD 21204
410-828-5525, Ext. 813
Attorneys for Plaintiff Johns

EXHIBIT 1