IL:nns
06/16/3
36.001-99

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEROME H. JOHNS, et ux.** | * | |
| **Plaintiffs** | * | **CASE NO.: JFM 03 CV 077** |
| **v.** | * | |
| **MUTUAL BENEFIT INSURANCE COMPANY** | * | |
| | * | |
| **Defendant** | | |

\* \* \* \* \*

## AMENDED NOTICE OF SERVICE

I HEREBY serve notice that on the 16<u>th</u> day of <u>June</u>, 2003, a copy of Defendant Mutual Benefit's Answers to Interrogatories was mailed, postage prepaid, to all counsel of record.

I will retain the originals of these documents until the completion of this case and/or until the final resolution of any appeal.

/s/
WILLIAM CARLOS PARLER, JR.
Bar No.: 05087
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
(410) 832-1800
Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16$^h$ day of June, 2003, that a copy of the aforegoing was e-filed and/or mailed, postage prepaid, to:

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
606 Baltimore Avenue
Suite 302
Towson, MD 21204
Attorneys for Plaintiffs

/s/
WILLIAM C. PARLER, JR.

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, MD 21286