IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME H. JOHNS, et ux. | * | |
| Plaintiffs/Cross-Defendants | * | Case No. JFM 03 CV 077 (Bredar) |
| and | * | |
| FAIRBANKS CAPITAL CORPORATION | * | |
| Plaintiffs/Cross-Plaintiffs | * | |
| v. | * | |
| MUTUAL BENEFIT INSURANCE COMPANY | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

## ANSWER TO CROSS-CLAIM

Plaintiffs and Cross-Defendants, Jerome H. Johns and Constance Johns, by their attorneys, David E. Carey and Brown, Brown and Brown, P.A., in Answer to the Cross-Claim of Fairbanks Capital Corporation, states as follows:

### RESPONSES TO SPECIFIC AVERMENTS

1. Cross-Defendants admit the allegations contained in Paragraphs 1-11 and 18-21 of the Cross-Claim.

2. Cross-Defendants deny the allegations contained in Paragraphs 12-15, 17 and 22 of the Cross-Claim.

## DEFENSES

_____1.  The Cross-Claim fails to state a claim upon which relief can be granted.

2. Cross-Defendants deny that they are liable for the amount claimed.

**WHEREFORE**, Cross-Defendants respectfully request that the Cross-Claim be dismissed.

        /s/_____
David E. Carey, Bar No. 6964
Brown, Brown & Brown, P.A.
200 S. Main Street
Bel Air, Maryland 21014
(410) 838-5500/879-2220
Attorneys for Plaintiffs/Cross-Defendants