WCP:il
06/18/3
37.053-05

"EXHIBIT C"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEROME H. JOHNS, et ux.** | * | |
| **Plaintiffs** | * | **CASE NO.: JFM 03 CV 077** |
| v. | * | |
| **MUTUAL BENEFIT INSURANCE COMPANY** | * | |
| | * | |
| **Defendant** | | |

\*   \*   \*   \*   \*

### RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant, Mutual Benefit Insurance Company, by and through its attorneys, William C. Parler, Jr. and Parler & Wobber, L.L.P., responds to Plaintiff's Request for Production of Documents, and says:

1. All documents identified or referred to in your Answers to Interrogatories.

**RESPONSE:** Mutual Benefit has no objection to producing all non-privileged documents responsive to Request No. 1.

2. All documents upon which you rely to support any position that you have taken or intend to take in this litigation.

**RESPONSE:** Mutual Benefit has no objection to producing all non-privileged documents responsive to Plaintiffs' Request No. 2.

3. All documents which relate to communications to or from Defendant to Plaintiffs and/or their agents or representatives at any time from January 1, 2001 through the institution of

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, MD 21286

this litigation.

**RESPONSE:**  Mutual Benefit objects to the extent that Request No. 3 seeks documents privileged from disclosure.  Mutual Benefit has no objection to producing all non-privileged documents responsive to Plaintiffs' Request No. 3.

4. Originals or color copies of all photographs of the property known as 3145 A Scarboro Road, Street, Maryland, or its improvements, taken at any time from January 1, 2001 and the present.

**RESPONSE:**  Mutual Benefit has no objection to producing all non-privileged documents responsive to Plaintiffs' Request No. 4.

5. All documents reviewed or relied upon by each person you expect to call as an expert witness at trial.

**RESPONSE:**  Mutual Benefit has not yet designated experts, but reserves the right to do so within the time permitted under the Scheduling Order.

6. The entire file(s) of each person you expect to call as an expert witness at trial.

**RESPONSE:**  Mutual Benefit has not yet designated experts, but reserves the right to do so within the time permitted under the Scheduling Order.

7. The most recent resume or curriculum vitae of each expert whom you expect to call as an expert witness at trial.

**RESPONSE:**  Mutual Benefit has not yet designated experts, but reserves the right to do so within the time permitted under the Scheduling Order.

8. All documents relating to any investigation of the occurrence by any person.

**RESPONSE:** Mutual Benefit objects to Request No. 8 on the ground that it seeks documents privileged from disclosure as attorney work-product.

9. All documents relating to any investigation into the damages claimed by the

Plaintiffs.

**RESPONSE:** Mutual Benefit objects to Request No. 9 on the ground that it seeks documents privileged from disclosure as attorney work-product.

10. All written or recorded statements of the parties or any of their agents, representatives or employees, concerning the occurrence.

**RESPONSE:** Mutual Benefit objects to Request No. 10 on the ground that it seeks documents privileged from disclosure as attorney work-product. Subject to, and without waiving its objection, Counsel for Plaintiffs is in possession of Plaintiffs' EUO transcripts.

11. All documents which relate to any insurance claims that either Plaintiff has ever made.

**RESPONSE:** Mutual Benefit objects to Request No. 11 on the ground that it seeks documents privileged from disclosure as attorney work-product.

12. All documents which support your contention that the structure destroyed in the Occurrence constitutes "personal property" pursuant to the Policy.

**RESPONSE:** Mutual Benefit has no objection to producing all non-privileged documents responsive to Request No. 12.

Mutual Benefit agrees to make all non-privileged documents responsive to this request available for inspection and copying at a mutually agreeable time and date at the Law Offices of Parler & Wobber, L.L.P.

                               /s/
                               WILLIAM C. PARLER, JR.
                               Bar No.: 05087
                               **PARLER & WOBBER, L.L.P.**
                               The Hemenway Building
                               406 East Joppa Road

Towson, Maryland 21286
(410)832-1800
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2003, that a copy of the aforegoing was mailed, postage prepaid, to:

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
Ste. 302
606 Baltimore Avenue
Towson, Maryland 21204
Counsel for Plaintiff

David E. Carey, Esquire
**BROWN, BROWN & BROWN, P.A.**
200 South Main Street
Bel Air, Maryland 21014

    /s/
WILLIAM C. PARLER, JR.