**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JEROME H. JOHNS, et ux.** | * | |
| **Plaintiffs** | * | **CASE NO.: JFM 03 CV 077** |
| v. | * | |
| **MUTUAL BENEFIT INSURANCE COMPANY** | * | |
| | * | |
| **Defendant** | | |

\* \* \* \* \*

**ORDER**

Upon consideration of Plaintiff's Motion for Sanctions, and the response filed thereto, it is this _____ day of _____, 2003, by the U.S. District Court for Maryland hereby

**ORDERED**, that the Plaintiff's Motion to Compel Answers to Interrogatories, Responses to Requests for Production of Documents, and Responses to Admissions of Fact, is denied as moot.

_____
**JUDGE**
**U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND**