WCP:hyb
06/24/3
37.053-05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEROME H. JOHNS, et ux.** | * | |
| **Plaintiffs** | * | **CASE NO.: JFM 03 CV 077** |
| **v.** | * | |
| **MUTUAL BENEFIT INSURANCE COMPANY** | * | |
| | * | |
| **Defendant** | | |

\*   \*   \*   \*   \*

## MOTION FOR LEAVE TO AMEND
### ANSWERS TO PLAINTIFFS' COMPLAINT

The Mutual Benefit Insurance Company (hereinafter "Mutual Benfit") by its attorneys William C. Parler, Jr. and Parler & Wobber, L.L.P. hereby moves for leave to amend its Answers to Plaintiffs' Complaint and states.

1.  Mutual Benefit respectfully seeks leave of the Court to Amend its Answer adding Affirmative Defenses with regard to its insurance contract regarding fraudulent and material representations made to Mutual Benefit by the Plaintiffs.  See Amended Answer, attached hereto as "Exhibit 1".

**WHEREFORE**, it is respectfully requested that this Honorable Court grant Mutual Benefit leave to Amend its Answers to Plaintiffs' Complaint.

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286

Respectfully submitted,

/s/
WILLIAM C. PARLER, JR.
Bar No.: 05087
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
(410)832-1800
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2003, that a copy of the aforegoing was mailed, postage prepaid, to:

David E. Carey, Esquire
**BROWN, BROWN & BROWN, P.A.**
200 South Main Street
Bel Air, Maryland 21014
Attorney for Plaintiffs

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
Ste. 302
606 Baltimore Avenue
Towson, Maryland 21204

/s/
WILLIAM CARLOS PARLER, JR.