IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME H. JOHNS, et ux. | * | |
| Plaintiffs | * | Case No. JFM 03 CV 077 |
| v. | * | |
| MUTUAL BENEFIT INSURANCE COMPANY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF MOTION TO COMPEL
AND MEMORANDUM IN SUPPORT THEREOF**

I HEREBY CERTIFY that on this 16th day of July, 2003, pursuant to Local Rule 104.8, a copy of Plaintiffs' Motion to Compel Answers to Interrogatories, Responses to Request for Production of Documents and Compliance with Rule 26(a)(2 and Memorandum in support thereof were hand delivered to: William C. Parler, Jr., Esq., Parler and Wobber, L.L.P., 406 E. Joppa Rd., Towson, Maryland 21286, attorney for Defendant, and Michael T. Pate, Esq., Covahey, Boozer, Devan and Dore, P.A., 606 Baltimore Avenue, Suite 302, Towson, Maryland 21204, attorney for Fairbanks Capital Corp.

/s/
David E. Carey