# COVAHEY, BOOZER, DEVAN & DORE, P.A.
### ATTORNEYS AT LAW
606 BALTIMORE AVENUE
SUITE 302
TOWSON, MARYLAND 21204
410-828-5525
FAX 410-296-2131
www.cbddlaw.com

EDWARD C. COVAHEY, JR.
F. VERNON BOOZER *
MARK S. DEVAN
THOMAS P. DORE
MICHAEL T. PATE
STACIE D. TRAGESER
JENNIFER A. MATTHEWS

*ALSO ADMITTED TO D.C. BAR

614 BOSLEY AVENUE
TOWSON, MD 21204
410-828-9441

Writer's Direct Dial is Extension 813.

June 20, 2003

William C. Parler, Jr., Esq.
Parler & Wobber, LLP
The Hemenway Building
406 E. Joppa Road
Towson, MD 21286

RE: Johns, et al. v. Mutual Benefit

Dear Mr. Parler:

I am writing in follow-up to my letter dated June 10, 2003 about Interrogatories and Request for Production. I would again ask that you please advise as to when I may expect responses. I will certainly provide an extension of the deadline to respond to this discovery provided that you contact me.

Very truly yours,

Michael T. Pate

0620kcr01

EXHIBIT B