# COVAHEY, BOOZER, DEVAN & DORE, P.A.
### ATTORNEYS AT LAW
### 606 BALTIMORE AVENUE
### SUITE 302
### TOWSON, MARYLAND 21204
410-828-5525
FAX 410-296-2131
www.cbddlaw.com

EDWARD C. COVAHEY, JR.
F. VERNON BOOZER *
MARK S. DEVAN
THOMAS P. DORE
MICHAEL T. PATE
STACIE D. TRAGESER
JENNIFER A. MATTHEWS

*ALSO ADMITTED TO D.C. BAR

614 BOSLEY AVENUE
TOWSON, MD 21204
410-828-9441

Writer's Direct Dial is Extension 813.

July 7, 2003

**Via Facsimile 410-832-2536 and 1st Class Mail**
William C. Parler, Jr., Esq.
Parler & Wobber, LLP
406 E. Joppa Road
Towson, MD 21286

**Via Facsimile 410-893-0402 and 1st Class Mail**
David E. Carey, Esq.
Brown, Brown & Brown, P.A.
200 S. Main Street
Bel Air, MD 21014

RE: *Johns, et ux. v. Mutual Benefit*

Gentlemen:

As each of you know, the deadlines imposed by the Scheduling Order in the case are rapidly approaching. I continue to await Mr. Parler's discovery responses. To date, I have only received a response to my request for admission filing(s). I can't note any deposition(s) until I receive the other materials. I would ask that Mr. Parler cooperate in this regard. Unless I receive the materials, I will be forced to file a Motion to Compel.

Due to the outstanding issue(s) regarding discovery, it seems we should discuss same. Please advise of your availability for such a conference.

In any event (and in accord with Mr. Carey's July 1st letter), I propose the following extensions:

1. Discovery deadline and submission of status report shall be extended until October 31, 2003;
2. The Request for Admission deadline shall be November 10, 2003;
3. The deadline for dispositive pretrial motions shall be November 24, 2003;
4. The deadline to file *Daubert/Kumho* motion shall be December 15, 2003; and

EXHIBIT C