# BROWN, BROWN & BROWN, P.A.

*Attorneys at Law*

**200 SOUTH MAIN STREET**
**BEL AIR, MARYLAND 21014**

**A Professional Association of**
**Trial, Business and Personal Lawyers**

T. CARROLL BROWN
AUGUSTUS F. BROWN
ALBERT J A. YOUNG

HAROLD DOUGLAS NORTON
JACQUELINE A. DELISLE
DAVID E. CAREY

A. FREEBORN BROWN (1915-1998)

PARALEGAL STAFF:

SANDRA K. WHEELER
JENNY M. YOUNG

_____

410-838-5500
410-879-2220
410-893-0402 - FAX

July 2, 2003

William C. Parler, Jr., Esquire
Parler & Wobber, L.L.P.
406 E. Joppa Rd.
Towson, Maryland 21286

      Re:    *Johns, et al., v. Mutual Benefit Insurance Co.*, United States District Court for the District of Maryland Case No. JFM 03 CV 077

Dear Mr. Parler:

    It has come to my attention that your client has failed to provide any Answer to Supplemental Interrogatory No. 27, which was served on April 7, 2003. A copy is provided for your reference. No reference to this Interrogatory is made either in your client's Answers to Interrogatories or Supplemental Interrogatories. Please provide a response as one is extremely overdue.

    Because of the number of outstanding issues regarding your client's discovery, including its failure to Answer Supplemental Interrogatory No. 27, I hereby reiterate my request to meet to discuss all of these issues. As stated before, I will be happy to come to your office for this purpose. Please let me know when you available to do so.

    I look forward to hearing from you shortly.

                            Sincerely,

                            /s/
                            David E. Carey

cc: Michael T. Pate, Esquire