IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| JEROME H. JOHNS, et ux.<br>   Plaintiffs | * |
| v. | *   Case No.: 03-CV-00077 JFM |
| | * |
| MUTUAL BENEFIT INSURANCE COMPANY<br>   Defendant | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE</u>**

In accordance with the provision of Title 28 U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment.

                                                                                                       _____/s/_____
                                        MICHAEL T. PATE, Bar ID #13846
                                        Covahey, Boozer, Devan & Dore, P.A.
                                        606 Baltimore Ave., Suite #302
                                        Towson, MD  21204
                                        410-828-5525, Ext. 813
                                        Attorneys for Fairbanks Capital Corporation,
                                          On Behalf of Goldman-Sachs Mortgage Company

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on this 25th day of July 2003, a copy of *Consent to Jurisdiction by a United States Magistrate Judge* was e-filed and/or mailed to the following:

William C. Parler, Jr., Esq.
Parler & Wobber, LLP
406 E. Joppa Road
Towson, MD  21286
Attorney for Defendant Mutual Benefit

David E. Carey, Esq.
Brown, Brown & Brown, P.A.
200 S. Main Street
Bel Air, MD  21014
Attorney for Plaintiff Johns

                                                                 _____/s/_____
                                              MICHAEL T. PATE, Bar ID #13846
                                              Covahey, Boozer, Devan & Dore, P.A.
                                              606 Baltimore Ave., Suite #302
                                              Towson, MD  21204
                                              410-828-5525, Ext. 813
                                              Attorneys for Fairbanks Capital Corporation,
                                               On Behalf of Goldman-Sachs Mortgage Company

kcr030735