WCP:hyb
7/28/03
37.053-05

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JEROME H. JOHNS, et ux.                     *

     Plaintiffs                            *

v.                                          *

                                          **CASE NO.: JFM 03 CV 077**

MUTUAL   BENEFIT   INSURANCE   *
COMPANY
                                      *

     Defendant

        *     *     *     *     *     *     *

### NOTICE OF FILING OF LENGTHY EXHIBIT

     Exhibit B which is an attachment to Defendant's Memorandum in Opposition to Intervenors' Motion to Compel Discovery and Motion for Sanctions exists only in paper format and if scanned will be larger than 1.5 MB.  The exhibits will be filed with the Clerk=s Office in paper format.

     I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

July 28th , 2003                     /s/                                                    .
Date                                 WILLIAM C. PARLER, JR.
                                     Bar No.: 05087
                                     **PARLER & WOBBER, L.L.P.**
                                     The Hemenway Building
                                     406 E. Joppa Road
                                     Towson, Maryland 21286
                                     (410)832-1800
                                     Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of July, 2003, that a copy of the aforegoing was mailed, postage prepaid, to:

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
Ste. 302
606 Baltimore Avenue
Towson, Maryland 21204
Counsel for Plaintiff

David E. Carey, Esquire
**BROWN, BROWN & BROWN, P.A.**
200 South Main Street
Bel Air, Maryland 21014
Counsel for Plaintiffs


/s/
WILLIAM C. PARLER, JR.

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\Johns v Mutual Benefit\NofFilingLengthyEx.ple.doc