WCP:dmk
7/31/03
37.053-05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEROME H. JOHNS, et ux.** | * | |
|     **Plaintiffs** | * | |
| v. | * | **CASE NO.: JFM 03 CV 077** |
| **MUTUAL BENEFIT INSURANCE COMPANY** | * | |
| | * | |
|     **Defendant** | | |

\*   \*   \*   \*   \*   \*   \*

**DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND MOTION FOR SANCTIONS**

Mutual Benefit Insurance Company (hereinafter "Mutual Benefit"), by its attorneys, William C. Parler, Jr. and Parler & Wobber, L.L.P., hereby responds to the Plaintiffs' Motion to Compel Discovery and Motion for Sanctions, and states as follows:

1. Discovery in this case began on or about January 14, 2003.

2. On or about June 16, 2003, Mutual Benefit filed Answers to Interrogatories. See, "Exhibit A." On or about June 18, Mutual Benefit filed a Response to Plaintiffs' Requests for Production of Documents. See, "Exhibit B."

3. On or about June 24th, 2003, Defendant filed Supplemental Answers to Interrogatories. See "Exhibit C."

4. Defendant's responses were in compliance with Rule 33(d) as the answer was easily ascertained or derived from the business records provided.

5. However, in the spirit of cooperation and in an attempt to resolve any outstanding discovery disputes, Defendant has filed Second Supplemental Responses to Plaintiffs' Interrogatories that addresses the issues in Plaintiffs' Motion to Compel. See "Exhibit D." Within those Supplemental Answers and accompanying Responses, Defendant addresses the

issues raised by Plaintiffs with regard to Defendant's document production and expert designations.

6.  Defendant complied with the Federal Rules in its responses to discovery and has now supplemented its responses in an effort to satisfy Plaintiffs and resolve outstanding discovery disputes. All of the information was previously provided to Plaintiffs within the business records and Defendant has made no attempt to deprive Plaintiffs of their right to discovery. Accordingly, Plaintiffs' request for sanctions should be denied.

    Respectfully submitted,

    /s/
    WILLIAM C. PARLER, JR.
    Bar No.: 05087
    **PARLER & WOBBER, L.L.P.**
    The Hemenway Building
    406 East Joppa Road
    Towson, Maryland 21286
    (410)832-1800
    Attorney for Defendant

WCP:dmk
7/31/03
37.053-05

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2003, that a copy of the aforegoing was mailed, postage prepaid, to:

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
Ste. 302
606 Baltimore Avenue
Towson, Maryland 21204
Counsel for Plaintiff

David E. Carey, Esquire
**BROWN, BROWN & BROWN, P.A.**
200 South Main Street
Bel Air, Maryland 21014
Counsel for Plaintiffs

/s/
WILLIAM C. PARLER, JR.