WCP:hyb
7/31/03
37.053-05

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JEROME H. JOHNS, et ux.** * | |
|     **Plaintiffs** * | |
| **v.** * | **CASE NO.: JFM 03 CV 077** |
| **MUTUAL BENEFIT INSURANCE COMPANY** * | |
| * | |
|     **Defendant** | |

\* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits A and D which is an attachment to Defendant's Memorandum in Opposition to Plaintiffs' Motion to Compel Discovery and Motion for Sanctions exists only in paper format and if scanned will be larger than 1.5 MB. The exhibits will be filed with the Clerk≥s Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

July 31st, 2003             /s/_____.
Date                                  WILLIAM C. PARLER, JR.
                                       Bar No.: 05087
                                       **PARLER & WOBBER, L.L.P.**
                                       The Hemenway Building
                                       406 E. Joppa Road
                                       Towson, Maryland 21286
                                       (410)832-1800
                                       Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2003, that a copy of the aforegoing was mailed, postage prepaid, to:

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
Ste. 302
606 Baltimore Avenue
Towson, Maryland 21204
Counsel for Plaintiff

David E. Carey, Esquire
**BROWN, BROWN & BROWN, P.A.**
200 South Main Street
Bel Air, Maryland 21014
Counsel for Plaintiffs

/s/
WILLIAM C. PARLER, JR.

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\Johns v Mutual Benefit\NofFilingLengthyEx02.ple.doc