IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| JEROME H. JOHNS, et ux.<br>    Plaintiffs | * | |
| | * | |
| and | | |
| | * | |
| FAIRBANKS CAPITAL CORPORATION<br>    Plaintiff/Intervenor | * | Case No.: 03-CV-77 |
| | * | |
| v. | * | |
| | | |
| MUTUAL BENEFIT INSURANCE COMPANY<br>    Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### REPLY MEMORANDUM TO MUTUAL BENEFIT'S OPPOSITION TO MOTION TO COMPEL

Now comes Fairbanks Capital Corporation ("Fairbanks"), on behalf of Goldman-Sachs Mortgage Company, by Michael T. Pate, and Covahey, Boozer, Devan & Dore, P.A., and files this reply to Defendant's Opposition to a Motion to Compel and states:

1.That, by Order of Court dated April 15, 2003, a Motion to Intervene was granted to Fairbanks by this Honorable Court;

2.That on April 22, 2003, Fairbanks, on behalf of Goldman-Sachs Mortgage Company ("Goldman-Sachs"), did file a pleading captioned "Amended Complaint";

3.That on April 22, 2003, Fairbanks, on behalf of Goldman-Sachs, did file the discovery which is the subject of this Motion;

4. That on May 2, 2003, the Defendant did file a Motion to Dismiss the Amended Complaint;

5. That on May 16, 2003, Fairbanks, on behalf of Goldman-Sachs, did file a response to the Motion to Dismiss;

6. That, as noted in the Motion to Compel, the undersigned counsel has sent three (3) letters requesting the discovery, which is the subject of this Motion. Furthermore, as also noted in the Motion to Compel, counsel participated in an attorneys' conference wherein counsel asked for a satisfactory explanation of why the applicable discovery had not been provided, and no explanation was given;

7. That Defendant could have filed a Motion for Protective Order as early as April 23, 2003;

8. That Defendant could have previously informed the undersigned counsel of his position about the "delicate nature of the information requested" and that the "information requested includes proprietary insurance information and confidential records"; and

9. That, by Order dated August 4, 2003, this Honorable Court did DENY the Defendant's Motion to Dismiss.

WHEREFORE, Plaintiff respectfully requests that:

a. The Court issue an Order compelling Defendant to IMMEDIATELY provide full and complete responses to Plaintiff's Interrogatories and Request for Production; and

     b.    The Court grant Plaintiff such other and further relief as the nature of its cause requires.

                                               /s/
                                MICHAEL T. PATE
                                Covahey, Boozer, Devan & Dore, P.A.
                                606 Baltimore Avenue, Suite 302
                                Towson, MD  21204
                                410-828-5525, Ext. 813
                                Attorney for Fairbanks Capital Corporation
                                 On Behalf of Goldman-Sachs Mortgage Corp.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 8th day of August 2003, a copy of the foregoing was e-filed and/or mailed first class to:

William C. Parler, Jr., Esq.
Parler & Wobber, LLP
406 E. Joppa Road
Towson, MD  21286
Attorney for Defendant Mutual Benefit

David E. Carey, Esq.
Brown, Brown & Brown, P.A.
200 S. Main Street
Bel Air, MD  21014
Attorney for Plaintiff Johns

                                             /s/
                                MICHAEL T. PATE

kcr030807