WCP:il
08/08/03
37.053-05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEROME H. JOHNS, et ux.** | * | |
| Plaintiffs | * | CASE NO.: JFM 03 CV 077 |
| v. | * | |
| **MUTUAL BENEFIT INSURANCE COMPANY** | * | |
| | * | |
| Defendant | | |
| * * * * * | | |

### ANSWER TO FAIRBANKS= AMENDED COMPLAINT

Mutual Benefit Insurance Company (hereinafter AMutual Benefit@) by its attorneys, William C. Parler, Jr. and Parler & Wobber, L.L.P., hereby answers the Fairbanks Capital Amended Complaint and states:

1. After conducting reasonable inquiry, Mutual Benefit is without sufficient information to admit or deny the allegations contained in paragraph one of Fairbanks= Amended Complaint and therefore denies same.

2. After conducting reasonable inquiry, Mutual Benefit is without sufficient information to admit or deny the allegations contained in paragraph two of the Plaintiffs= Complaint.

3. Mutual Benefit admits the allegations contained in paragraph three of Fairbanks= Amended Complaint.

4. Mutual Benefit admits the allegations contained in paragraph four of Fairbanks= Amended Complaint.

5.  After conducting reasonable inquiry, Mutual Benefit is without sufficient information to admit or deny the allegations contained in paragraph five of Fairbanks= Amended Complaint and therefore denies same.

6.  After conducting reasonable inquiry, Mutual Benefit is without sufficient information to admit or deny the allegations contained in paragraph six of Fairbanks= Amended Complaint and therefore denies same.

7.  After conducting reasonable inquiry, Mutual Benefit is without sufficient information to admit or deny the allegations contained in paragraph seven of Fairbanks= Amended Complaint and therefore denies same.

8.  Mutual Benefit denies the allegations contained in paragraph eight of Fairbanks= Amended Complaint.

9.  Mutual Benefit admits the allegations contained in paragraph nine of Fairbanks= Amended Complaint.

10.  After conducting reasonable inquiry, Mutual Benefit is without sufficient information to admit or deny the allegations contained in paragraph ten of Fairbanks= Amended Complaint and therefore denies same.

11.  After conducting reasonable inquiry, Mutual Benefit is without sufficient information to admit or deny the allegations contained in paragraph eleven of Fairbanks= Amended Complaint and therefore denies same.

12.  After conducting reasonable inquiry, Mutual Benefit is without sufficient information to admit or deny the allegations contained in paragraph twelve of Fairbanks= Amended Complaint and therefore denies same.

13.  Mutual Benefit incorporates its prior responses to paragraphs one

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286

through twelve of Fairbanks= Amended Complaint.

    14.    Mutual Benefit denies the allegations contained in paragraph fourteen of Fairbanks= Amended Complaint.

    15.    Mutual Benefit denies the allegations contained in paragraph fifteen of Fairbanks= Amended Complaint.

    16.    Mutual Benefit denies the allegations contained in paragraph sixteen of Fairbanks= Amended Complaint.

    17.    Mutual Benefit denies that such coverage exists.  Mutual Benefit denies that Fairbanks, on behalf of Goldman Sachs, has any interest in this matter.

    18.    Mutual Benefit denies the allegations contained in paragraph eighteen of Fairbanks= Amended Complaint.

    19.    Mutual Benefit incorporates its prior responses to paragraphs one through eighteen of Fairbanks= Amended Complaint.

    20.    Mutual Benefit denies the allegations contained in paragraph twenty of Fairbanks= Amended Complaint.

    21.    Mutual Benefit denies the allegations contained in paragraph twenty-one of Fairbanks= Amended Complaint.

    22.    Mutual Benefit denies the allegations contained in paragraph twenty-two of Fairbanks= Amended Complaint.

    23.    Mutual Benefit denies the allegations contained in paragraph twenty-three of Fairbanks= Amended Complaint.

    24.    Mutual Benefit denies the allegations contained in paragraph twenty-four of Fairbanks= Amended Complaint.

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, Maryland  21286

25. Mutual Benefit admits that it did not pay any benefits to Fairbanks. Mutual Benefit denies that Fairbanks was owed any benefits under the terms of the Policy. Mutual Benefit denies breaching its contract of insurance with the Johns.

26. Mutual Benefit denies the allegations contained in paragraph twenty-six of Fairbanks= Amended Complaint.

27. Mutual Benefit incorporates its prior responses to paragraphs one through twenty-six of Fairbanks= Amended Complaint.

28. Mutual Benefit denies the allegations contained in paragraph twenty-eight of Fairbanks= Amended Complaint.

29. Mutual Benefit incorporates its prior responses to paragraphs one through twenty-eight of Fairbanks= Amended Complaint.

30. Mutual Benefit denies the allegations contained in paragraph thirty of Fairbanks= Amended Complaint.

31. After conducting reasonable inquiry, Mutual Benefit is without sufficient information to admit or deny the allegations contained in paragraph thirty-one of Fairbanks= Amended Complaint and therefore denies same.

32. After conducting reasonable inquiry, Mutual Benefit is without sufficient information to admit or deny the allegations contained in paragraph thirty-two of Fairbanks= Amended Complaint and therefore denies same.

33. After conducting reasonable inquiry, Mutual Benefit is without sufficient information to admit or deny the allegations contained in paragraph thirty-three of Fairbanks= Amended Complaint and therefore denies same.

**FIRST DEFENSE**

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, Maryland  21286

The Plaintiffs= Amended Complaint fails to state a claim upon which relief can be granted against this Defendant.

### SECOND DEFENSE

The Plaintiffs= claims are barred by the principles of contributory negligence.

### THIRD DEFENSE

The Plaintiffs= claims are barred by the principles of assumption of the risk.

### FOURTH DEFENSE

The Plaintiffs= claims are barred by the applicable Statute of Limitations.

### FIFTH DEFENSE

The Plaintiffs= claims are barred by the principles of res judicata and collateral estoppel.

### SIXTH DEFENSE

The Plaintiffs= claims are barred by the principles of payment, release and accord and satisfaction.

### SEVENTH DEFENSE

The Plaintiffs= claims are barred by the principles of estoppel, waiver, and laches.

### EIGHTH DEFENSE

The Plaintiffs= Amended Complaint fails to join parties necessary for a full and fair resolution of the Plaintiffs= claims against this Defendant.

### NINTH DEFENSE

Defendant denies that it has the capacity to be sued by the Plaintiffs in this

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, Maryland  21286

case.

### TENTH DEFENSE

Defendant denies that it is liable to Plaintiffs for a pre-judgment interest, attorney=s fees, or costs incurred by Plaintiffs in bringing this suit.

### ELEVENTH DEFENSE

The fire damages, if any, sustained by Plaintiffs were caused by Plaintiffs= sole contributory negligence, assumption of the risk, and failure to exercise reasonable care under the existing circumstances.

### TWELFTH DEFENSE

Any injuries, damages, or losses, allegedly sustained by the Plaintiffs were caused by independent and/or intervening circumstances over which the Defendant had no control or involvement, the existence of any said injuries, damages, and/or losses being herein expressly denied.

### THIRTEENTH DEFENSE

No coverage is available under the terms, conditions, and exclusions and/or to the extent that the insured intentionally concealed or misrepresented any material fact or circumstance, engaged in fraudulent conduct or made false statements relating to this insurance; or engaged in fraudulent conduct or made false statements related to claims submitted to Mutual Benefit arising out of the fire of October 23rd, 2001.

### FOURTEENTH DEFENSE

The Plaintiffs made fraudulent and material misrepresentations in their application for insurance, and the Mutual Benefit Insurance policy issued to Plaintiffs is void ab initio.

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286

## **FIFTEENTH DEFENSE**

There is no coverage under the Mutual Benefit insurance contract due to the fraud of the Plaintiffs, including arson.

**WHEREFORE**, this Defendant respectfully requests that Fairbanks= Amended Complaint be dismissed and that the Defendant be awarded costs and attorneys' fees associated with these proceedings, and further, seeks all other relief the Court deems appropriate.

    /s/
WILLIAM CARLOS PARLER, JR.
Bar No.: 05087
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
(410) 832-1800
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2003, that a copy of the aforegoing was mailed, postage prepaid, to:

David E. Carey, Esquire
**BROWN, BROWN & BROWN, P.A.**
200 South Main Street
Bel Air, Maryland 21014
Attorney for Plaintiffs

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
Ste. 302
606 Baltimore Avenue
Towson, Maryland 21204

    /s/
WILLIAM C. PARLER, JR.

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286