WCP:il
8/12/03
37.053-05

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JEROME H. JOHNS, et ux.                      *

     Plaintiffs                              *

v.                                           *          CASE NO.: JFM 03 CV 077

MUTUAL     BENEFIT     INSURANCE     *
COMPANY
                                             *

     Defendant

               *     *     *     *     *     *     *

## DEFENDANT'S RESPONSE TO
## INTERVENORS' REPLY MEMORANDUM
## TO DEFENDANT'S OPPOSITION TO MOTION TO COMPEL

Mutual Benefit Insurance Company (hereinafter "Mutual Benefit"), by its attorneys, William C. Parler, Jr. and Parler & Wobber, L.L.P., hereby responds to the Intervenors' Reply Memorandum to Mutual Benefit's Opposition to Motion to Compel, and states as follows:

1.     On August 4, 2003, this Honorable Court denied Mutual Benefit's Motion to Dismiss and/or Strike the Amended Complaint Filed by Intervenor Fairbanks Capital Corporation (Fairbanks).

2.     On August 8, 2003, Mutual Benefit filed an Answer to Fairbanks' Amended Complaint.

3.     Mutual Benefit anticipates filing responses to the discovery propounded by Fairbanks no later than August 19, 2003.

4.     Fairbanks' request for sanctions should, respectfully, be denied.

Respectfully submitted,

/s/
_____
WILLIAM C. PARLER, JR.
Bar No.: 05087
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 East Joppa Road
Towson, Maryland 21286
(410)832-1800
Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August, 2003, that a copy of the aforegoing was mailed, postage prepaid, to:

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
Ste. 302
606 Baltimore Avenue
Towson, Maryland 21204
Counsel for Plaintiff

David E. Carey, Esquire
**BROWN, BROWN & BROWN, P.A.**
200 South Main Street
Bel Air, Maryland 21014
Counsel for Plaintiffs

/s/
_____
WILLIAM C. PARLER, JR.