UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
**U.S. MAGISTRATE JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

September 24, 2003

David Earl Carey, Esquire
Brown Brown and Brown, PA
200 South Main Street
Bel Air, Maryland  21014

Michael T. Pate, Esquire
Covahey, Boozer, Devan & Dore
606 Baltimore Avenue, Suite 302
Towson, Maryland  21204

William Carlos Parler, Jr., Esquire
Parler and Wobber, LLP
406 East Joppa Road
The Hemenway Building
Towson, Maryland  21286

Subject: *Jerome H. Johns, et ux v Mutual Benefit Insurance Company*
Civil Action No. JKB-03-77

Dear Counsel:

This will confirm the alteration to the schedule that has been set in this case:

**Schedule**

February 18, 2004 - 3:00 p.m.    Pretrial conference in court (counsel only) - obtain courtroom number from chambers earlier that day

Although informal, this letter constitutes an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc:  Court file