WCP:ylt
10/28/03
37.053-05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEROME H. JOHNS, et ux. | * |
| Plaintiffs | * |
| v. | *   CASE NO.: JFM 03 CV 077 |
| MUTUAL BENEFIT INSURANCE COMPANY | * |
| | * |
| Defendant | |

\*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiffs Jerome Johns and Constance Johns, Fairbanks Capital Corporation, on behalf of Goldman Sachs, and Defendant Mutual Benefit Insurance Corporation hereby respectfully submit this Consent Motion to Extend the Discovery Deadline.

During a conference among Counsel on October 17th, 2003, it was determined that parties will need an additional 30 days, or until November 30th, 2003, to complete discover in this case. Five or possibly six depositions remain and due to the schedule of Counsel, the Counsel were unable to complete depositions on or before the present discovery deadline of October 30th, 2003.

**WHEREFORE**, it is respectfully requested that this honorable Court extend the discovery deadline to November 30th. Counsel for Mutual Benefit agreed to draft the Consent Motion on behalf of all parties to this case.

/s/
WILLIAM C. PARLER, JR.
Bar No: 05087
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
(410)832-1800
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of October, 2003, a copy of the aforegoing was mailed to:

David E. Carey
**BROWN, BROWN & BROWN, P.A.**
200 S. Main Street
Bel Air, Maryland 21014
*Attorneys for Plaintiffs*

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
606 Baltimore Avenue
Suite 302
Towson, MD 21204
*Attorneys for Plaintiffs*

/s/
WILLIAM C. PARLER, JR

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\Johns v Mutual Benefit\Consentmotiontoextenddeadline.ple.doc