# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0950**
**(410) 962-2985 FAX**

November 19, 2003

David Earl Carey, Esquire
Brown Brown and Brown, PA
200 South Main Street
Bel Air, Maryland   21014

Michael T. Pate, Esquire
Covahey, Boozer, Devan & Dore
606 Baltimore Avenue, Suite 302
Towson, Maryland   21204

William Carlos Parler, Jr., Esquire
Parler and Wobber, LLP
406 East Joppa Road
The Hemenway Building
Towson, Maryland   21286

Subject: *Jerome H. Johns, et ux v Mutual Benefit Insurance Company*
Civil Action No. JKB-03-77

Dear Counsel:

This case has been referred to me for all proceedings by consent of the parties.  It is scheduled for four days of trial by jury to begin February 23, 2004, and the pretrial conference is scheduled for February 18, 2004.

Today at midday counsel for the defense, Mr. Parler, contacted my law clerk in regard to a scheduling problem.  A Rule 30(b)(6) deposition of the defendant had been duly scheduled for November 24, 2003, and a settlement conference had been scheduled by Judge Gauvey for November 25, 2003.  Mr. Parler advised that the corporate designee for the deposition and for the settlement conference is the same person and that person, who was unaware that the dates in question fell in Thanksgiving week, now finds himself  unavailable.  Mr. Parler  informally requested that the dates of the deposition and settlement conference be postponed.

Pursuant to a teleconference with the parties this afternoon, the following accommodation has been reached and is hereby ORDERED:

1.  The Rule 30(b)(6) deposition that had been noticed in this case for November 24, 2003, will take place at 2:30 p.m. on December 2, 2003, in the offices of Mr. Parler;

Letter to Counsel - *Johns v Mutual Benefit Ins Co*
Page 2
November 19, 2003

    2.  The settlement conference that had been scheduled before Judge Gauvey for November 25, 2003, will take place beginning at 8:00 a.m. on January 12, 2004, in her chambers.

Letter to Counsel - *Johns v Mutual Benefit Ins Co*
Page 3
November 19, 2003


      Although informal, this letter constitutes an Order of the Court and will be docketed accordingly.

                    Very truly yours,

                         /s/

                    James K. Bredar
                    United States Magistrate Judge


JKB/cw
cc: The Hon. Susan K. Gauvey
    Court file
    Chambers file