IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| JEROME H. JOHNS, et ux.<br>　　Plaintiffs | * |
| | * |
| and | |
| | * |
| FAIRBANKS CAPITAL CORPORATION<br>　　Plaintiff/Intervenor | *　　Case No.: 03-CV-77 |
| | |
| v. | * |
| | |
| MUTUAL BENEFIT INSURANCE COMPANY<br>　　Defendant | * |

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

### MOTION FOR PARTIAL SUMMARY JUDGMENT

　　Fairbanks Capital Corporation, on behalf of Goldman-Sachs Mortgage Company, by their attorneys, Michael T. Pate, and Covahey, Boozer, Devan & Dore, P.A., hereby move for Summary Judgment as to Count I and II of its Amended Complaint and its Cross-Claim, pursuant to Federal Rule 56. The motion should be granted for the following reasons:

　　1.　　There is no dispute as to any material fact involved in this case;

　　2.　　Plaintiff is entitled to summary judgement as a matter of law as to Count I and II of its Amended Complaint;

　　3.　　Plaintiff is entitled to summary judgment to the extent that it is insured as a mortgagee and is entitled to dwelling coverage as its interest(s) may appear;

　　4.　　Plaintiff is entitled to summary judgment in each count of the Cross-Claim against Constance and Jerome Johns; and

5. Plaintiff incorporates the attached Memorandum with supporting exhibits and makes them a part of this motion.

WHEREFORE, this Plaintiff respectfully requests that this Motion for Summary Judgment be granted as a matter of law.

### REQUEST FOR HEARING

Dear Sir/Madam Clerk:

Please set Plaintiff's Motion for Summary Judgment in for a hearing.

```
        /s/
```
MICHAEL T. PATE, Bar ID #13846
Covahey, Boozer, Devan & Dore, P.A.
606 Baltimore Avenue, Suite 302
Towson, MD  21204
410-828-5525, Ext. 813
Attorney for Fairbanks Capital Corporation
 On Behalf of Goldman-Sachs Mortgage Corp.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 24th day of November 2003, a copy of the foregoing *Motion for Summary Judgment,* supporting *Memorandum* with attachments, proposed *Order,* and *Notice of Filing of Lengthy Exhibit* was mailed first class and/or e-filed to:

David E. Carey, Esq.
Brown, Brown & Brown, P.A.
200 S. Main Street
Bel Air, MD  21014
Attorney for Plaintiff Johns

and

William C. Parler, Jr., Esq.
Parler & Wobber
406 E. Joppa Road
Towson, MD  21286
Attorney for Defendant Mutual Benefit


             /s/
MICHAEL T. PATE, Bar ID #13846
Covahey, Boozer, Devan & Dore, P.A.
606 Baltimore Avenue, Suite 302
Towson, MD  21204
410-828-5525, Ext. 813
Attorney for Fairbanks Capital Corporation
 On Behalf of Goldman-Sachs Mortgage Corp.

kcr031022