Loan Number: 8050053258

# NOTE

October 11, 2000 _____          _____ TOWSON _____, Maryland
                                                     · City

### 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U. S. $____131,250.00____ (this amount will be called "principal"), plus interest, to the order of the Lender. The Lender is __NationsCredit Financial Services Corporation____ __d/b/a/ EquiCredit_____. I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note will be called the "Note Holder".

### 2. INTEREST

I will pay interest at a yearly rate of __9.800__ %.

Interest will be charged on that part of principal which has not been paid. Interest will be charged beginning __October 11, 2000__ and continuing until the full amount of principal has been paid.

Subject to applicable law, the Note Holder shall be entitled to interest at the yearly rate on any mortgage arrearage (amount past due) including, without limitation, circumstances in which a petition in bankruptcy, wage-earner, or other insolvency proceeding is filed designating me as debtor.

### 3. PAYMENTS

I will pay principal and interest by making __180__ consecutive monthly payments with the first such installment in the amount of $__1,872.49__ due on the __1st__ day of __December, 2000__, and __178__ monthly payments of $__1,132.46__ shall be due on the __1st__ day of each succeeding month, and I will make a final balloon payment of $__107,727.81__ on __November 1, 2015__ .

I will make payments in the amounts and on the dates promised until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. My monthly payments will be applied to interest before principal. If, on __November 1, 2015__, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "maturity date". Time is of the essence of this Note.

I will make my monthly payments at P.O. Box 44132, Jacksonville, Florida 32231, or at a different place if required by the Note Holder.

### 4. BORROWER'S FAILURE TO PAY AS REQUIRED

(A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any of my monthly payments by the end of __15__ calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be __5__ % of my overdue payment. I will pay this late charge only once on any late payment.

(B) Returned Check Charge

In the event that a check used to make any payment required by this Note is returned after second presentment unpaid by the payor bank for insufficient funds or credit, I agree to pay you a $ __15.00__ fee for your additional costs incurred in processing such check. This charge will be required whether or not the returned check causes my payment to be late.

(C) Notice From Note Holder

If I do not pay the full amount of each monthly payment on time, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date I will be in default. That date must be at least 10 days after the date on which the notice is mailed to me or, if it is not mailed, 10 days after the date on which it is delivered to me.

(D) Default

If I do not pay the overdue amount by the date stated in the notice described in (B) above, I will be in default. If I am in default, the Note Holder may require me to pay immediately the full amount of principal which has not been paid and all the interest that I owe on that amount.

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

(E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back for all of its costs and expenses to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

### 5. THIS NOTE SECURED BY A DEED OF TRUST

In addition to the protections given to the Note Holder under this Note, a Deed of Trust, dated __October 11, 2000__, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Deed of Trust describes how and under what conditions I may be required to make immediate payment in full of all amounts that I owe under this Note.

### 6. BORROWER'S PAYMENTS BEFORE THEY ARE DUE

I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "prepayment." When I make a prepayment, I will tell the Note Holder in writing that I am doing so. A prepayment of all of the unpaid principal is known as a "full prepayment." A prepayment of only part of the unpaid principal is known as a "partial prepayment."

Unless the box below is checked, I may make a full prepayment or partial prepayments without paying any prepayment charge. The Note Holder will use all of my prepayments to reduce the amount of principal that I owe under this Note.

X  I may make a full or partial prepayment, however, the Note Holder may charge me a prepayment charge during the first __3__ years of the loan equivalent to __3__ months interest at the rate set forth above on the amount of the principal balance prepaid. The Note Holder will use all of my prepayments to reduce the amount of principal that I owe under this Note. If I make a partial prepayment, there will be no delays in the due dates or changes in the amounts of my monthly payments unless the Note Holder agrees in writing to those delays or changes. I may make a full prepayment at any time. If I choose to make a partial prepayment, the Note Holder may require me to make the prepayment on the same day that one of my monthly payments is due. The Note Holder may also require that the amount of my partial prepayment be equal to the amount of principal that would have been part of my next one or more monthly payments.

Form #495MD Balloon (11/99)



8050053258   JOHNS
Note



PLAINTIFF'S EXHIBIT

/