IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

JEROME H. JOHNS, et ux.  *
   Plaintiffs

                       *   Case No.: 03-CV-00077 JFM
v.

                       *

MUTUAL BENEFIT INSURANCE COMPANY
   Defendant  *

*  *  *  *  *  *  *  *  *  *  *  *  *

## AFFIDAVIT

STATE OF FLORIDA, COUNTY OF DUVAL, to wit:

I HEREBY CERTIFY that, on this 6th day of August 2003, before me a Notary Public in and for the State and County aforesaid, personally appeared ANDREW DELLA LOGGIA, and made oath under penalty of perjury that the contents of this Affidavit are true to the best of his knowledge, information, and belief:

    1.    That he is a representative of NationsCredit Financial Services Corporation, d/b/a EquiCredit ("NationsCredit"), is over eighteen (18) years of age. and is competent to be a witness;

    2.    That he is employed at NationsCredit as a Vice President; he has personal knowledge of the facts set forth in this Affidavit and is competent to testify thereto;



PLAINTIFF'S
EXHIBIT
3