IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

JEROME H. JOHNS, et ux.     *
   Plaintiffs

                                *

v.                              *   Case No.: 03-CV-77

                                *

MUTUAL BENEFIT INSURANCE COMPANY  *
   Defendant

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT

STATE OF Florida, COUNTY OF Pinellas, to wit:

I HEREBY CERTIFY, that on this 24th day of November 2003, before me a Notary Public in and for the State and County aforesaid, personally appeared Richard Lewellen, and made oath under penalty of perjury that the contents of this Affidavit are true to the best of her knowledge, information, and belief:

1.     That he is a representative of Goldman-Sachs Mortgage Company ("Goldman-Sachs");

2.     That he has personal knowledge of the facts set forth in the "Amended Complaint" filed April 22, 2003 by Fairbanks Capital Corporation on behalf of Goldman-Sachs;



PLAINTIFF'S EXHIBIT 4