IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

JEROME H. JOHNS, et ux.     *
  Plaintiffs
                            *

v.                          *     Case No.: 03-CV-77
                            *

MUTUAL BENEFIT INSURANCE COMPANY  *
  Defendant

\* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT

STATE OF PENNSYLVANIA, COUNTY OF MONTGOMERY, to wit:

I HEREBY CERTIFY, that on this 20th day of November 2003, before me a Notary Public in and for the State and County aforesaid, personally appeared Kevin Crecco, and made oath under penalty of perjury that the contents of this Affidavit are true to the best of his knowledge, information, and belief:

1. That he is a representative of GMAC Mortgage Corporation ("GMAC");

2. That he has personal knowledge of the facts set forth in the "Amended Complaint" filed April 22, 2003 by Fairbanks Capital Corporation on behalf of Goldman-Sachs;



PLAINTIFF'S EXHIBIT 6