WCP:hyb
05/21/3
37.053-05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME H. JOHNS, et ux. | * | |
| Plaintiffs | * | CASE NO.: JFM 03 CV 077 |
| v. | * | |
| MUTUAL BENEFIT INSURANCE COMPANY | * | |
| | * | |
| Defendant | | |

\*   \*   \*   \*   \*   \*

**MUTUAL BENEFIT INSURANCE COMPANY'S
RESPONSE TO REQUEST FOR ADMISSION OF FACTS AND GENUINENESS
OF DOCUMENTS FILED BY THE FAIRBANKS CAPITAL CORPORATION ON
BEHALF OF GOLDMAN SACHS MORTGAGE COMPANY**

Mutual Benefit Insurance Company (hereinafter "Mutual Benefit") by its attorneys, William C. Parler, Jr. and Parler & Wobber, L.L.P., hereby responds to this Request for Admission of Facts and Genuineness of Documents filed by the Fairbanks Capital Corporation "on behalf of Goldman Sachs Mortgage Company". Mutual Benefit objects to these Request for Admissions as there is a Motion to Dismiss pending of the improper Amended Complaint filed by Fairbanks Capital Corporation revealing that it has no interest in these proceedings, but rather was solely a "servicing agent" for its principal, Goldman Sachs Mortgage Company. The requests themselves are inherently defective as they are not complete sentences, but rather are concluded with semicolons indicating that the multiple requests for admissions may constitute one continuous request. Mutual Benefit further objects, as the Goldman Sachs Mortgage Company has no interest in these proceedings, and has never had any interest under the Mutual Benefit policy or policies issued to Jerome

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, MD 21286


PLAINTIFF'S EXHIBIT 7