```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
 2
     JEROME H. JOHNS, et ux,       *
 3
                Plaintiffs         *
 4
     vs.                           *   CASE NO.: JFM 03 CV 077
 5
     MUTUAL BENEFIT INSURANCE      *
 6   COMPANY,

 7              Defendant          *   November 12, 2003

 8                 *     *     *     *     *

 9           Deposition of RONALD BENFIELD, taken on

10   behalf of the Defendant, before Lorne Langer, a Notary

11   Public in and for the State of Maryland, County of

12   Baltimore, at 200 South Main St., Bel Air, Maryland

13   21014, at 10:07 a.m., November 12, 2003.

14   APPEARANCES:

15           DAVID E. CAREY, Esquire
             MEAGHAN L. JIORNO
16               On behalf of Plaintiffs, The Johns

17           MICHAEL T. PATE, Esquire
                 On behalf of Plaintiff, Fairbanks
18               Capital Corporation, on behalf of
                 Goldman Sachs Company
19
             STEVEN R. SILBERMAN, Esquire
20               On behalf of Defendant

21   Reported By:  Lorne Langer
```

PLAINTIFF'S EXHIBIT 8