WCP:il
06/27/3
37.053-05

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JEROME H. JOHNS, et ux.                    *

      Plaintiffs                              *               CASE NO.: JFM 03 CV 077

v.                                         *

MUTUAL BENEFIT INSURANCE             *
COMPANY
                                           *
      Defendant
                  *      *      *      *      *

## MUTUAL BENEFIT INSURANCE COMPANY'S
## RESPONSE TO THE SUPPLEMENTAL REQUEST FOR ADMISSION OF
## FACTS AND GENUINENESS OF DOCUMENTS FILED BY THE FAIRBANKS
## CAPITAL CORPORATION ON BEHALF OF GOLDMAN SACHS MORTGAGE
## COMPANY

      Mutual Benefit Insurance Company (hereinafter "Mutual Benefit") by its attorneys,

William C. Parler, Jr. and Parler & Wobber, L.L.P., hereby responds to this Supplemental

Request for Admission of Facts and Genuineness of Documents filed by the Fairbanks

Capital Corporation "on behalf of Goldman Sachs Mortgage Company." Mutual Benefit

objects to this Supplemental Request for Admissions as there is a Motion to Dismiss pending

of the improper Amended Complaint filed by Fairbanks Capital Corporation revealing that

it has no interest in these proceedings, but rather was solely a "servicing agent" for its

principal, Goldman Sachs Mortgage Company. The requests themselves are inherently

defective as they are not complete sentences, but rather are concluded with semicolons

indicating that the multiple requests for admissions may constitute one continuous request.

Mutual Benefit further objects, as the Goldman Sachs Mortgage Company has no interest in

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road

PLAINTIFF'S
EXHIBIT

9