

```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
 2

 3   JEROME H. JOHNS, ET UX

 4            Plaintiffs

 5       vs.                          CASE NO.: JFM 03 CV 077

 6   MUTUAL BENEFIT INSURANCE CO.

 7            Defendant
     _____/
 8

 9            The deposition of CONSTANCE JOHNS was

10   held on Monday, October 13, 2003, commencing at

11   10:20 A.M., at the Law Offices of Brown, Brown &

12   Brown, 200 South Main Street, Bel Air, Maryland

13   21014, before Trisha G. Rarick, a Notary Public.

14

15   APPEARANCES:

16            DAVID E. CAREY, ESQUIRE
                 On behalf of Plaintiffs
17
              MICHAEL T. PATE, ESQUIRE
18               On behalf of Fairbanks

19            WILLIAM C. PARLER, JR., ESQUIRE
                 On behalf of Defendant
20

21   REPORTED BY:  Trisha G. Rarick
```

PLAINTIFF'S EXHIBIT 11