IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

JEROME H. JOHNS, et ux.          *

   Plaintiffs                    *

v.                               *

                                Case No.: 03-CV-77

MUTUAL BENEFIT INSURANCE COMPANY  *

   Defendant                     *

*   *   *   *   *   *   *   *   *   *   *   *

## AFFIDAVIT

I, the undersigned, am over eighteen years of age, am competent to testify and have personal knowledge of the matters set forth herein.

1. I am a Plaintiff in this action and lived on the property known as 3145A Old Scarboro Road, Street, Maryland 21154 (the "Property"), for approximately 14 years;

2. In approximately 1996, my wife and I purchased a house from Chesapeake Homes of Pulaski, Inc. (the "House"), which was delivered to the Property in two sections and attached to a concrete block foundation that had been built specifically for it;

3. The size of the house was 28 ft. x 65 ft. and a wooden porch and steps were built and attached to the front of it and a wooden deck was built and attached to the rear of it;

4. A propane tank sat on the Property next to the side of the house and was attached to the house;

5. An underground septic system and well were installed on the Property and the house was hooked to both;

6. That from the date of the house's delivery to the Property until it was destroyed by fire, except for brief absences, I, my wife, Constance Johns, my son, J.D. Johns, and my daughter, Tiffany Johns, lived in the house.

I DO HEREBY SOLEMNLY SWEAR OR AFFIRM THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE TO THE BEST OF MY KNOWLEDGE.

                                                             /s/ Jerome H. Johns
                                                             JEROME JOHNS

PLAINTIFF'S EXHIBIT 13