IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| JEROME H. JOHNS, et ux.<br>    Plaintiffs | * |
| | * |
| and | |
| | * |
| FAIRBANKS CAPITAL CORPORATION<br>    Plaintiff/Intervenor | *   Case No.: 03-CV-77 |
| v. | * |
| MUTUAL BENEFIT INSURANCE COMPANY<br>    Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 5, which is an attachment to Memorandum of Points and Authorities, exists only in paper format and, if scanned, will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

 

   11/24/03                                                   /s/
Date                                                 MICHAEL T. PATE, Bar ID #13846
                                                       Covahey, Boozer, Devan & Dore, P.A.
                                                       606 Baltimore Avenue, Suite 302
                                                       Towson, MD 21204
                                                       410-828-5525, Ext. 813
                                                     Attorney for Fairbanks Capital Corporation
                                                         On Behalf of Goldman-Sachs Mortgage Corp.

kcr031023B