IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| JEROME H. JOHNS, et ux.<br>　　Plaintiffs | * |
| | * |
| and | |
| | * |
| FAIRBANKS CAPITAL CORPORATION<br>　　Plaintiff/Intervenor | *　　Case No.: 03-CV-77 |
| v. | * |
| MUTUAL BENEFIT INSURANCE COMPANY<br>　　Defendant | * |

\* * * * * * * * * * * *

**<u>ORDER</u>**

Upon consideration of Plaintiff's Motion for Summary Judgement, and the response to same, if any, it is this _____day of _____, 2003, by the United States District Court for the District of Maryland,

ORDERED, that the Motion for Summary Judgment as to Count I and II of its Amended Complaint and its Cross-Claim, is hereby GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE

(End of Order)

kcr031022A