# COVAHEY, BOOZER, DEVAN & DORE, P. A.
## ATTORNEYS AT LAW
**606 BALTIMORE AVENUE**
**SUITE 302**
**TOWSON, MARYLAND 21204**
410-828-5525
FAX 410-296-2131
www.cbddlaw.com

EDWARD C. COVAHEY, JR.
F. VERNON BOOZER *
MARK S. DEVAN
THOMAS P. DORE
MICHAEL T. PATE
STACIE D. TRAGESER
JENNIFER MATTHEWS HERRING

*ALSO ADMITTED TO D.C. BAR

614 BOSLEY AVENUE
TOWSON, MD 21204
410-828-9441

November 24, 2003

RECEIVED IN THE OFFICE OF
JAMES K. BREDAR
NOV 2 4 2003
UNITED STATES MAGISTRATE JUDGE

Approved
JKB 11/24/03

VIA FACSIMILE (410) 962-2985

The Honorable James K. Bredar
United States District Court
101 W. Lombard St.
Baltimore, Md. 21201

    Re:    Jerome H. Johns, et ux v. Mutual Benefit Insurance Company
           Civil Action No. JFM-03-77 (Magistrate Judge Bredar)

    Please be advised that I represent Fairbanks Capital Corporation on behalf of Goldman Sachs Mortgage Company in the above. I write in reference to the dispositive pre-trial motion deadline of today's date.

    My secretary had a gas leak at her home over the weekend which has entailed her absence for the first part of today. My secretary is my sole means to utilize the electronic filing system mandated by the Court in this case. Accordingly, I contacted counsel for the other parties about a brief extension of this deadline.

    After discussion among counsel, it is respectfully requested by all parties that this Court extend the dispositive motion deadline through and until December 8, 2003.

    If the Court has any questions, feel free to contact me.

                                Respectfully submitted,

                                Michael T. Pate

MTP/eyb

cc: David Earl Carey, Esquire

cc: William Carlos Parker, Jr., Esquire