**Writer's Direct Dial is Extension 813.**

November 26, 2003

Clerk
United States District Court
  for the District of Maryland
Garmatz Federal Courthouse, 4th Flr.
101 W. Lombard Street
Baltimore, MD  21201

     RE:   *Johns, et al. v. Mutual Benefit*
              Case No.: 03-cv-00077 JKB

Dear Sir/Madam Clerk:

    Enclosed in this e-filing please find Exhibits 1–13 (excluding Exhibit 5 which was paper filed as a lengthy exhibit on November 25, 2003) in the above-referenced case.  All related documents were originally e-filed on November 24, 2003; however, the exhibits were not received by the Court in their entirety.

    Our apologies to the Court for any inconvenience.

    If you have any questions, please do not hesitate to contact me.

                              Very truly yours,

                              /s/

                              Michael T. Pate

Enclosures

1126kcr03