IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

JEROME H. JOHNS, et ux.
    Plaintiffs

v.

MUTUAL BENEFIT INSURANCE COMPANY
    Defendant

Case No.: 03-CV-00077 JFM

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

STATE OF _Florida_, COUNTY OF _Duval_, to wit:

I HEREBY CERTIFY that, on this _6th_ day of _August_ 2003, before me a Notary Public in and for the State and County aforesaid, personally appeared ANDREW DELLA LOGGIA, and made oath under penalty of perjury that the contents of this Affidavit are true to the best of his knowledge, information, and belief:

    1.    That he is a representative of NationsCredit Financial Services Corporation, d/b/a EquiCredit ("NationsCredit"), is over eighteen (18) years of age, and is competent to be a witness;

    2.    That he is employed at NationsCredit as a Vice President; he has personal knowledge of the facts set forth in this Affidavit and is competent to testify thereto;

PLAINTIFF'S EXHIBIT 3

3. That attached hereto as *Exhibit 1* is a three-page copy of the Note executed by Ms. Constance Johns on October 11, 2000;

4. That *Exhibit 1* Note was prepared (excepting the other endorsements) on or about October 11, 2000;

5. That *Exhibit 1* Note was prepared by a person with personal knowledge of the terms of the loan issued to Ms. Johns; and

6. That *Exhibit 1* Note was made and kept in the ordinary course of business of NationsCredit, a business which would have made and kept *Exhibit 1* Note as a regular practice of their business.

_____
ANDREW DELLA LOGGIA

Subscribed to before me, a Notary Public in and for the jurisdiction aforesaid, on the date and year first above written.

_____
Notary Public

My commission expires: _____

Margaret Donnelly
Commission #DD146130
Expires: Aug 29, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

kcr030743

2