IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

JEROME H. JOHNS, et ux.  *
   Plaintiffs

                     *

v.                       *   Case No.: 03-CV-77

                     *

MUTUAL BENEFIT INSURANCE COMPANY  *
   Defendant

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT

STATE OF Florida, COUNTY OF Pinellas, to wit:

I HEREBY CERTIFY, that on this 24th day of November 2003, before me a Notary Public in and for the State and County aforesaid, personally appeared Richard Lewellen, and made oath under penalty of perjury that the contents of this Affidavit are true to the best of her knowledge, information, and belief:

    1.    That he is a representative of Goldman-Sachs Mortgage Company ("Goldman-Sachs");

    2.    That he has personal knowledge of the facts set forth in the "Amended Complaint" filed April 22, 2003 by Fairbanks Capital Corporation on behalf of Goldman-Sachs;



PLAINTIFF'S EXHIBIT 4

3. That he has been employed at Goldman-Sachs since September 6, 2003. That he is currently employed as Vice President. That he has personal knowledge of the facts set forth in this Affidavit and is competent to testify thereto;

4. That on October 11, 2000, Constance Johns executed *Exhibit 1* Note ("Note") which promised repayment in the amount of $131,250.00 in favor of NationsCredit Financial Services Corporation, dba EquiCredit;

5. The Note was secured by a deed of trust dated October 11, 2000 ("Deed of Trust"), which was recorded as the first lien on the parcel of property known as 3145A Old Scarborough Road, Street, Maryland (see *Exhibit 2*);

6. That the *Exhibit 1* Note and beneficial interest under *Exhibit 2* Deed of Trust were acquired by Goldman-Sachs on or about February 4, 2002. On that date, the Note had an outstanding principal balance of $130,751.25.

7. That Goldman-Sachs purchased the Note and the beneficial interest under the Deed of Trust from EquiCredit Corporation of America, for good and valuable consideration on or about February 4, 2002.

8. That *Exhibit 1* Note and *Exhibit 2* Deed of Trust have been held by Goldman-Sachs (and/or servicing agents) up through and including the date of the execution of this Affidavit;

9. That after Goldman-Sachs acquired *Exhibit 1* Note and the beneficial interest under *Exhibit 2* Deed of Trust, each was kept and maintained in the ordinary course of business by Goldman-Sachs (and/or servicing agents) who kept

*Exhibit 1* Note and *Exhibit 2* Deed of Trust as a regular practice of their business; and,

10. The servicing of *Exhibit 1* Note was handled by Fairbanks Capital Corporation unit September, 2003, when it was transferred to GMAC Mortgage Corporation.

Subscribed to before me, a Notary Public in and for the jurisdiction aforesaid, on the date and year first above written.

_____
Notary Public

My commission expires: _____

TONY DUPUY
Notary Public, State of Florida
My Comm. Expires Oct. 17 2007
No. DD262401

kcr031024

3