WCP:hyb
05/21/3
37.053-05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME H. JOHNS, et ux. | * | |
| Plaintiffs | * | CASE NO.: JFM 03 CV 077 |
| v. | * | |
| MUTUAL BENEFIT INSURANCE COMPANY | * | |
| | * | |
| Defendant | | |

\* \* \* \* \*

**MUTUAL BENEFIT INSURANCE COMPANY'S
RESPONSE TO REQUEST FOR ADMISSION OF FACTS AND GENUINENESS
OF DOCUMENTS FILED BY THE FAIRBANKS CAPITAL CORPORATION ON
BEHALF OF GOLDMAN SACHS MORTGAGE COMPANY**

Mutual Benefit Insurance Company (hereinafter "Mutual Benefit") by its attorneys, William C. Parler, Jr. and Parler & Wobber, L.L.P., hereby responds to this Request for Admission of Facts and Genuineness of Documents filed by the Fairbanks Capital Corporation "on behalf of Goldman Sachs Mortgage Company". Mutual Benefit objects to these Request for Admissions as there is a Motion to Dismiss pending of the improper Amended Complaint filed by Fairbanks Capital Corporation revealing that it has no interest in these proceedings, but rather was solely a "servicing agent" for its principal, Goldman Sachs Mortgage Company. The requests themselves are inherently defective as they are not complete sentences, but rather are concluded with semicolons indicating that the multiple requests for admissions may constitute one continuous request. Mutual Benefit further objects, as the Goldman Sachs Mortgage Company has no interest in these proceedings, and has never had any interest under the Mutual Benefit policy or policies issued to Jerome

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, MD 21286


PLAINTIFF'S EXHIBIT 7

12. That, on or about January 1, 2002, Goldman Sachs did purchase *Exhibit 1* Note while Fairbanks retained the servicing rights to the Note;

*RESPONSE:* After reasonable inquiry, Mutual Benefit is unable to admit or deny the act set forth in Fairbanks' request number twelve, and therefore, denies same.

13. That Goldman Sachs is the assignee of EquiCredit and holder of *Exhibit 1* Note;

*RESPONSE:* After reasonable inquiry, Mutual Benefit is unable to admit or deny the act set forth in Fairbanks' request number thirteen, and therefore, denies same..

14. The *Exhibit 3* Policy did insure EquiCredit's successors and assigns to the same extent as EquiCredit;

*RESPONSE:* Mutual Benefit denies Fairbanks' request fourteen.

15. That, on or about January 1, 2002, Goldman Sachs did acquire all rights to collection and recovery under *Exhibit 1* Note, and any risk of loss associated with *Exhibit 1* Note, including the rights and the risks which pre-dated the Purchase;

*RESPONSE:* Mutual Benefit denies that any transactions that occurred on January 1, 2002 conferred any rights upon Goldman Sachs under any policy issued by Mutual Benefit to the Johns with regard to a fire which occurred on October 23, 2001.

16. That Fairbanks, on behalf of Goldman Sachs, did make a claim under the Policy for a loss suffered October 23, 2001 to the Property; and

*RESPONSE:* Mutual Benefit admits that Fairbanks has continued to make improper claims on its behalf, as well on behalf of Goldman Sachs, despite the fact that neither entity has any interests under the Mutual Benefit policy issued to Johns at the time of the October 23rd, 2001 fire.

17. That Mutual Benefit did deny coverage fo the claim submitted under Paragraph 16 above.

*RESPONSE:* Mutual Benefit admits that it has denied coverage to Fairbanks Capital, and more recently to Goldman Sachs, as neither entity has any interest under any

Mutual Benefit policy issued to the Johns and in effect at the time of the fire on October 23, 2001.

/s/
-----
WILLIAM C. PARLER, JR.
Bar No.: 05087
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 East Joppa Road
Towson, Maryland 21286
(410)832-1800
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2003, that a copy of the aforegoing was mailed, postage prepaid, to:

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
Ste. 302
606 Baltimore Avenue
Towson, Maryland 21204
Counsel for Plaintiff

David E. Carey, Esquire
**BROWN, BROWN & BROWN, P.A.**
200 South Main Street
Bel Air, Maryland 21014

/s/
-----
WILLIAM CARLOS PARLER, JR.