WCP:il
06/27/3
37.053-05

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JEROME H. JOHNS, et ux.                     *

    Plaintiffs                          *           CASE NO.: JFM 03 CV 077

v.                                          *

MUTUAL BENEFIT INSURANCE          *
COMPANY
                                        *
    Defendant
               *     *     *     *     *

### MUTUAL BENEFIT INSURANCE COMPANY'S
### RESPONSE TO THE SUPPLEMENTAL REQUEST FOR ADMISSION OF
### FACTS AND GENUINENESS OF DOCUMENTS FILED BY THE FAIRBANKS
### CAPITAL CORPORATION ON BEHALF OF GOLDMAN SACHS MORTGAGE
### COMPANY

    Mutual Benefit Insurance Company (hereinafter "Mutual Benefit") by its attorneys,

William C. Parler, Jr. and Parler & Wobber, L.L.P., hereby responds to this Supplemental

Request for Admission of Facts and Genuineness of Documents filed by the Fairbanks

Capital Corporation "on behalf of Goldman Sachs Mortgage Company." Mutual Benefit

objects to this Supplemental Request for Admissions as there is a Motion to Dismiss pending

of the improper Amended Complaint filed by Fairbanks Capital Corporation revealing that

it has no interest in these proceedings, but rather was solely a "servicing agent" for its

principal, Goldman Sachs Mortgage Company. The requests themselves are inherently

defective as they are not complete sentences, but rather are concluded with semicolons

indicating that the multiple requests for admissions may constitute one continuous request.

Mutual Benefit further objects, as the Goldman Sachs Mortgage Company has no interest in

PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road

PLAINTIFF'S
EXHIBIT

9

in effect on October 23, 2001.  Neither the Goldman Sachs Mortgage Company nor the

Fairbanks Capital Corporation have an interest in these proceedings.  Neither entity has any

interest under any Mutual Benefit policy issued to the Johns.  Any such policy was not in

effect at the time of the fire on October 23, 2001.

21.     That the document attached hereto as Exhibit 3 is a true and genuine copy of a record made at or near the time its terms were negotiated by a person(s), or from information transmitted by a person(s), with knowledge, and was made and kept in the course of a regularly conducted business activity with a regular practice of making and keeping said records.

*RESPONSE:*  Mutual Benefit objects to this incomprehensible, compound Request.

Subject to, and without waiving its objection, Mutual Benefit admits that the attached policy

is authentic.  Mutual Benefit denies that it has any coverage obligation to the Plaintiffs in this

case due to the fraud of the Plaintiffs in obtaining insurance from Mutual Benefit, and in the

presentation of their claim following the October 23rd, 2001 fire.  Neither the Goldman Sachs

Mortgage Company nor the Fairbanks Capital Corporation have an interest in these

proceedings.  Neither entity has any interest under any Mutual Benefit policy issued to the

Johns.  Mutual Benefit denies that any such policy was in effect at the time of the fire on

October 23, 2001.  Mutual Benefit denies that Exhibit 3 was made at or near the time its

terms were negotiated by a person(s).  Mutual Benefit denies that Exhibit 3 was made from

information transmitted by a person(s) with knowledge.  Mutual Benefit admits that Exhibit

3 was made and kept in the course of a regularly conducted business activity.  Mutual Benefit

admits that Exhibit 3 was made and kept by a person or persons whose regular practice was

to make or keep said record.

/s/
_____

WILLIAM C. PARLER, JR.
Bar No.: 05087
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 East Joppa Road
Towson, Maryland 21286
(410)832-1800
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY  that on this ⟨1st⟩ day of , July 2003, that a copy of the aforegoing was mailed, postage prepaid, to:

Michael T. Pate
**COVAHEY, BOOZER, DEVAN & DORE, P.A.**
Ste. 302
606 Baltimore Avenue
Towson, Maryland 21204
Counsel for Plaintiff

David E. Carey, Esquire
**BROWN, BROWN & BROWN, P.A.**
200 South Main Street
Bel Air, Maryland 21014

/s/
_____
WILLIAM CARLOS PARLER, JR.