IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| JEROME H. JOHNS, et al.. <br>     Plaintiffs | * <br> * <br> *   Case No.: 03-CV-77 |
| v. | * |
| MUTUAL BENEFIT INSURANCE COMPANY <br>     Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL

The Cross-Claim against Jerome and Constance Johns filed by Fairbanks Capital Corporation, on behalf of Goldman-Sachs Mortgage Company, is hereby dismissed WITHOUT PREJUDICE.


_____/s/_____
MICHAEL T. PATE, Bar ID #13846
Covahey, Boozer, Devan & Dore, P.A.
606 Baltimore Avenue, Suite 302
Towson, MD  21204
410-828-5525, Ext. 813
Attorney for Fairbanks Capital Corporation
  On Behalf of Goldman-Sachs Mortgage Corp.


_____/s/_____
David E. Carey, Esq.
Brown, Brown & Brown, P.A.
200 S. Main Street
Bel Air, MD  21014
Attorney for Plaintiff Johns

____/s/_____
Kathleen Wobber, Esq.
Parler & Wobber
406 E. Joppa Road
Towson, MD  21286
Attorney for Defendant Mutual Benefit

kcr040204